Opinion filed April 22,
2010 

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00079-CV 

                                                    __________

IN THE MATTER OF THE
ESTATE OF JIMMY RAY BURNS, DECEASED



 

                                   On
Appeal from the 220th District Court

 

                                                        Comanche
County, Texas

 

                                            Trial Court
Cause No. CCCV-09-10909

 



 

                                            M
E M O R A N D U M    O P I N I O N

            June
Lederer has filed in this court a motion to dismiss her appeal.  The motion is
granted, and the appeal is dismissed.

 

                                                                                                PER
CURIAM

 

April 22, 2010

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.